No. 502. SITTON ET UX. v. AMERICAN TITLE CO. OF DALLAS ET AL., ante, p. 975. Petition for rehearing and for other relief denied.

No. 634. MINISTERS LIFE & CASUALTY UNION v. HAASE, COMMISSIONER OF INSURANCE, ET AL., ante, p. 205. Petition for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

JANUARY 20, 1967.

No. 551. UNITED STATES v. KILGORE ET AL. Appeal from D. C. S. D. Cal. (Probable jurisdiction noted, ante, p. 956.) Appeal dismissed pursuant to Rule 60 of the Rules of this Court. Solicitor General Marshall for the United States. George M. Bryant for appellee Kilgore.

JANUARY 23, 1967.

No. 159. McCRAY v. ILLINOIS. Sup. Ct. Ill. (Certiorari granted, 384 U. S. 949.) Motion of petitioner for leave to file a supplemental brief after argument granted. Sam Adam and R. Eugene Pincham on the motion.

No. 914. UNITED STATES v. FIRST CITY NATIONAL BANK OF HOUSTON ET AL. Appeal from D. C. S. D. Tex. (Probable jurisdiction noted, ante, p. 1023.) Motion of appellees for additional time for oral argument granted and thirty additional minutes allotted to each side. MR. JUSTICE CLARK took no part in the consideration or decision of this motion. Eugene J. Metzger for Comptroller of the Currency on the motion.

No. 1042, Misc. COLE v. WILLINGHAM, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.